IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Alan Sternberg

    State Bar No. 048741.

                                          /

No. C 12-80007 WHA

**ORDER RE SUSPENSION**

In January 2012, an order to show cause issued as to why Attorney Alan Sternberg's membership in the bar of this Court should not be suspended based on his suspension by the State Bar of California, effective November 18, 2011.

On February 21, 2012, Attorney Sternberg timely provided proof of reinstatement by the State Bar, effective January 18, 2012.

Therefore, Attorney Sternberg shall not be suspended by this Court. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2012.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE